IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID ELIJAH BOWERS, JR.,

    Petitioner,                              JUDGMENT IN A CIVIL CASE

v.                                          Case No. 13-cv-63-bbc

WILLIAM POLLARD,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the petition of David Elijah Bowers, Jr., for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for failure to obtain the authorization required by 28 U.S.C. § 2244(b)(3)(A).

| /s/ | 5/15/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |